**Order entered January 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00004-CV

### RIDGECREST HOLDINGS, LLC, ET AL., Appellants

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12419**

## ORDER

Before the Court is appellants' January 25, 2019 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 8, 2019**.

/s/  KEN MOLBERG
    JUSTICE